Dear Sam Griffith

I'm writing concerning my appeals. I have already sent one appeal that I have not heard from or if you even recieved it. My original appeal was sent to the wrong appeal district of San Antonio I also was misrepresented by appeal attorney Mark Cargill who failed to included evidence in appeal. I wrongfully incarcerated in T.D.C.J. I have the evidence to support the case. I would like to know if my appeal was recieved by you or will review a future appeal. In case # 11CR-033 "Assault On A Public Servant". Or if I could be appointed an attorney in criminal matter.

FILED IN COURT OF APPEALS
12th Court of Appeals District
JUN 05 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

Return Add: Donte Houston 1773270
2101 F.M. 369
Allred Unit
Iowa Park, Texas 76367